Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Steven E. Kish, III
Nevada Bar No. 15257
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: sek@h2law.com

*Attorneys for Defendants*
*Madsen Holdings, LLC and Brittany Madsen*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>MADSEN HOLDINGS, LLC D/B/A MADSEN MARKETING & PR; TIGER MOTORS LV, INC. D/B/A INFINITI OF LAS VEGAS; AND INFINITI AND BEYOND, LLC D/B/A INFINITY OF KENTUCKY; and BRITTANY MADSEN, an individual,<br><br>                    Defendants. | Case No. 2:21-cv-00026-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS MADSEN HOLDINGS, LLC AND BRITTANY MADSEN TO FILE AND SERVE THEIR ANSWER OR OTHER RESPONSE TO THE COMPLAINT**<br><br>**(FIRST REQUEST FOR EXTENSION)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff Advanta-Star Automotive Research Corporation of America ("Plaintiff") and Defendants Madsen Holdings, LLC ("Madsen Holdings") and Brittany Madsen ("Ms. Madsen") state the following:

1.    The Complaint was filed on January 6, 2021 and the Court issued Summonses for Madsen Holding and Ms. Madsen on January 7, 2021.

2.    Ms. Madsen was served with a copy of the Summons and Complaint on February 7, 2021.  Madsen Holdings has yet to be served with a copy of the Summons and Complaint.

3.    Because Madsen Holdings and Ms. Madsen have only recently retained counsel and require time to investigate the Complaint's allegations, and to eliminate the need to separately

HOWARD & HOWARD ATTORNEYS PLLC

1

serve Madsen Holdings, Plaintiff, Madsen Holdings, and Ms. Madsen, hereby agree and stipulate

that: (a) Madsen Holdings accepts service of the Summons and Complaint as of February 7, 2021;

and (b) Ms. Madsen and Madsen Holdings shall each have until March 5, 2021 to file and serve

their respective answers or other responses to the Complaint.

This is the Parties first request for an extension of time for Ms. Madsen and Madsen

Holdings to file a responsive pleading to the Complaint.

Dated: this 9th day of February 2021

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC        HOLLY DRIGGS

By: /s/ Jonathan W. Fountain                              By: /s/ James D. Boyle
Jonathan W. Fountain, Esq.                               James D. Boyle, Esq.
Steven E. Kish, III, Esq.                                     Joanna M. Myers, Esq.
3800 Howard Hughes Pkwy., Suite 1000       400 South Fourth Street, Third Floor
Las Vegas, NV 89169                                         Las Vegas, NV 89101
Tel. (702) 257-1483                                            Email: jboyle@nevadafirm.com
Email: jwf@h2law.com                                       Email: jmyers@nevadafirm.com
Email: sek@h2law.com

*Attorneys for Defendants*                               *Attorneys for Plaintiff Advanta-Star*
*Madsen Holdings, LLC and Brittany Madsen*   *Automotive Research Corporation of*
                                                                          *America*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: _2/16/2021_____

4835-9029-2184, v. 1

HOWARD & HOWARD ATTORNEYS PLLC