JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmyers@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

Stephen M. Dorvee, Esq. (Pro Hac Vice Forthcoming)
Morgan E.M. Harrison Esq. (Pro Hac Vice Forthcoming)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501
Email: *stephen.dorvee@agg.com*
Email: *morgan.harrison@agg.com*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADSEN HOLDINGS, LLC D/B/A MADSEN MARKETING & PR; TIGER MOTORS LV, INC. D/B/A INFINITI OF LAS VEGAS; INFINITI AND BEYOND, LLC D/B/A INFINITI OF NORTHERN KENTUCKY; and BRITTANY MADSEN, an individual,<br><br>Defendants. | CASE NO.:    2:21-cv-00026- RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEDERAL RULE 26(f) AND LOCAL RULE II 26-1 DEADLINES**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR II 7-1, Plaintiff Advanta-STAR Automotive

Research Corporation of America ("Advanta-STAR" or "Plaintiff") and Defendants Madsen

Holdings, LLC d/b/a Madsen Marketing & PR ("Madsen Holdings"), Brittany Madsen ("Ms.

Madsen"), Tiger Motors LV, Inc. d/b/a Infiniti of Las Vegas ("Tiger Motors") (collectively,

"Defendants," and with Plaintiff, the "Parties") hereby stipulate, contingent upon this Court's approval, to the following:

1.      Pursuant to LR IA 6-1, this is the first stipulation for a continuance of time to hold the Fed. R. Civ. P. 26(f) and LR II 26-1 conference.

2.      Plaintiff commenced this matter against Defendants on January 6, 2021.  Tiger Motors was served with a copy of the Summons and Complaint on January 21, 2021. Ms. Madsen was served with a copy of the Summons and Complaint on February 7, 2021.  Madsen Holdings and Plaintiff stipulated to Acceptance of Service on February 10, 2021 (ECF No. 14), and service of the Summons and Complaint is deemed effective as of February 7, 2021.

3.      Tiger Motors filed its Answer to Plaintiff's Complaint on February 5, 2021.

4.      Ms. Madsen and Madsen Holdings filed their Answer to Plaintiff's Complaint on March 5, 2021.

5.      The Rule 26(f) and LR II 26-1 conference for Tiger Motors was initially set for March 8, 2021, while the Rule 26(f) and LR II 26-1 conference for Ms. Madsen and Madsen Holdings was initially set for April 5, 2021.

6.      Fed. R. Civ. P. 26(f) requires the Parties to confer as soon as practicable "and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  *See* Fed. R. Civ. P. 26(f)(1).

7.      LR II 26-1 requires Plaintiff to "initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) . . . within 30 days after the first defendant answers or otherwise appears." *See* LR II 26-1(a).

8.      Fed. R. Civ. P. 26(f) and LR II 26-1 require that, within fourteen (14) days of the Rule 26(f) conference, the Parties provide the Court with a stipulated discovery plan and scheduling order, and exchange initial disclosures.  Fed. R. Civ. P. 26(f)(2); LR II 26-1(a).

9.      The Parties have agreed to conduct the Rule 26(f) conference on March 18, 2021.

10.      The Parties have agreed to provide the Court with a stipulated discovery plan and scheduling order, and exchange initial disclosures, by no later than April 8, 2021, fourteen (14) days after the Rule 26(f) conference.

11. This stipulation and order is entered into between the Parties to promote efficiency and reduce unnecessary litigation efforts and expense, as it would otherwise be necessary for the Parties to conduct separate Rule 26(f) conferences.

12. This stipulation is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated this 15th day of March, 2021

**HOLLEY DRIGGS**

/s/ James D. Boyler
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

Stephen M. Dorvee, Esq. (Pro Hac Vice Forthcoming)
Morgan E.M. Harrison Esq. (Pro Hac Vice Forthcoming)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone:    404/873-8500
Facsimile:    404/873-8501

*Attorneys for Plaintiff*

Dated this 15th day of March, 2021

**HOWARD & HOWARD
ATTORNEYS PLLC**

/s/ Jonathan W. Fountain
JONATHAN W. FOUNTAIN, ESQ.
Nevada Bar No. 10351
STEVEN E. KISH, III, ESQ.
Nevada Bar No. 15257
3800 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada 89169
Telephone:    702/257-1483

*Attorneys for Defendant Madsen
Holdings, LLC and Brittany Madsen*

Dated this 15th day of March, 2021

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

/s/ Erik J. Foley
ERIK J. FOLEY, ESQ.
Nevada Bar No. 14195
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Telephone:    702/949-8200

*Attorney for Defendant Tiger Motors
LV, Inc., d/b/a Infiniti of Las Vegas*

ORDER

**IT IS SO ORDERED**

**DATED:** 11:39 am, March 19, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

14393-01/2569926.docx

SUBMITTED BY:

**HOLLEY DRIGGS**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:      702/791-0308
Facsimile:      702/791-1912