# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>MADSEN HOLDINGS, LLC D/B/A MADSEN MARKETING & PR; TIGER MOTORS LV, INC. D/B/A INFINITI OF LAS VEGAS; AND INFINITI AND BEYOND, LLC D/B/A INFINITY OF KENTUCKY; and BRITTANY MADSEN, an individual,<br>　　　　　　Defendants. | Case No. 2:21-cv-00026-RFB-BNW<br><br>**ORDER** |

　　　Before the court is Defendants' motion to seal certain documents accompanying its motion to compel discovery. ECF No. 48. Since that motion was filed, the parties have settled the case. ECF Nos. 57-58. As a result, the court did not have to decide Defendants' motion to compel. Given this, the public access considerations under *Kamakana v. City and Cnty. of Honolulu* are not implicated. 447 F.3d 1172 (9th Cir. 2006). Therefore, IT IS ORDERED that Defendant's motion to seal ECF No. 49 is DENIED as moot.

　　　IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to keep ECF No. 49 and its attachments under seal.

　　　DATED: July 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE