JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel. (702) 791-1912
Email: jboyle@nevadafirm.com
Email: jmyers@nevadafirm.com

Stephen M. Dorvee, Esq.
(Admitted *Pro Hac Vice*)
Morgan E.M. Harrison, Esq.
(Admitted *Pro Hac Vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street N.W., Suite 2100
Atlanta, GA 30363
Tel. (404) 873-8680
Email : stephen.dorvee@agg.com
Email: morgan.harrison@agg.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>MADSEN HOLDINGS, LLC D/B/A MADSEN MARKETING & PR; TIGER MOTORS LV, INC. D/B/A INFINITI OF LAS VEGAS; INFINITI AND BEYOND, LLC D/B/A INFINITI OF NORTHERN KENTUCKY; and BRITTANY MADSEN, an individual,<br><br>    Defendants.<br>MADSEN HOLDINGS, LLC D/B/A MADSEN MARKETING & PR; and BRITTANY MADSEN, an individual,<br><br>   Counterclaimants,<br><br> v.<br>ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>   Counter-Defendant. | Case No.: 2:21-cv-00026-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TIGER MOTORS LV, INC. D/B/A INFINITI OF LAS VEGAS FROM THIS ACTION, WITH PREJUDICE, AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Advanta-Star Automotive Research Corporation of America ("Plaintiff") on the one hand, and Defendant Tiger Motors LV, Inc. d/b/a Infiniti of Las Vegas ("Defendant") on the other hand, hereby agree and stipulate to dismiss, with prejudice, all of Plaintiff's claims against Defendant without an award of attorneys' fees or costs made to any party.

IT IS SO ORDERED:



_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of September, 2022.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Erik J. Foley, Esq.
Erik J. Foley, Esq.
Nevada Bar No. 14195
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel. (702) 949-8200
Email: efoley@swlaw.com

*Attorney for Defendant Tiger Motors LV, Inc.*

ARNALL GOLDEN GREGORY LLP

By: /s/ Stephen M. Dorvee, Esq.
Stephen M. Dorvee, Esq.
(Admitted *Pro Hac Vice*)
Morgan E.M. Harrison, Esq.
(Admitted *Pro Hac Vice*)
171 17th Street N.W., Suite 2100
Atlanta, GA 30363
Tel. (404) 873-8680
Email : stephen.dorvee@agg.com
Email: morgan.harrison@agg.com

HOLLEY DRIGGS

By: /s/ James D. Boyle, Esq.
James D. Boyle, Esq.
Nevada Bar No. 08384
Joanna M. Myers, Esq.
Nevada Bar No. 12048
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel. (702) 791-1912
Email: jboyle@nevadafirm.com
Email: jmyers@nevadafirm.com
*Attorneys for Plaintiff*
*Advanta-Star Automotive Research Corporation of America*